# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   ALECIA TEACHER, | ) | |
| | ) | |
|           Plaintiff, | ) | |
| v. | ) | CIV-15-965-L |
| | ) | |
| 1.   THE STATE OF OKLAHOMA | ) | |
| ex rel. OKLAHOMA DEPARTMENT | ) | |
| OF HUMAN SERVICES, and | ) | |
| 2.   CALVIN KELLEY, in his individual | ) | |
| capacity as Region III Deputy | ) | |
| Director, | ) | |
| | ) | **Jury Trial Demanded** |
|           Defendants. | ) | **Attorney Lien Claimed** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Alecia Teacher, hereby stipulates with the Defendants, The State of Oklahoma ex rel. Oklahoma Department of Human Services and Calvin Kelley, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF MAY, 2016.**

> s/ Lauren W. Johnston
> JANA B. LEONARD, OBA #17844
> LAUREN W. JOHNSTON, OBA #22341
> LEONARD & ASSOCIATES, P.L.L.C.
> 8265 S. Walker
> Oklahoma City, Oklahoma 73139
> (405) 239-3800 (telephone)
> (405) 239-3801 (facsimile)
> leonardjb@leonardlaw.net

johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

 s/ John E. Douglas
(Signed with permission)
John E. Douglas, OBA #2447
Assistant General Counsel
Department of Human Services
P.O. Box 25352
Oklahoma City, Oklahoma 73125-0352
Tele: (405) 521-3638
Fax: (405) 521-6816
john.douglas@dhs.org
*Counsel for Defendants*